**No. 39696.**—Protest 939513–G of S. B. Penick & Co. (New York).

Opinion by McClelland, P. J.   It was stipulated that the merchandise consists of violet flowers similar to those the subject of Abstract 36963.   The claim for free entry under paragraph 1722 was therefore sustained.

**No. 39697.**—Protest 885885–G of W. T. Grant & Co., Inc. (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel the trays were held dutiable at 40 percent under paragraph 339.

**No. 39698.**—Protest 882234–G of Geo. D. Emery Co. (New York).

Opinion by McClelland, P. J.   The protest was sustained in accordance with stipulation of counsel.

**No. 39699.**—Protests 820556–G, etc., of Carl Zeiss, Inc. (New York).

Opinion by Sullivan, J.   There was testimony that certain items are finders for use with the Contax cameras, the same as those involved in *United States* v. *Zeiss* (24 C. C. P. A. 145, T. D. 48624), and cameras of the same general character as those the subject of *United States* v. *Leitz* (id. 139, T. D. 48622).   On the record presented the claim at 20 percent under paragraph 1551 as cameras and parts was sustained, the court saying that all photographic cameras unless provided for elsewhere in the tariff act are dutiable under that paragraph.   The Nordenson cameras in question were found to be photographic cameras although they may also be a species of optical testing instruments.

**No. 39700.**—Protest 949070–G of Ozalid Corp. (New York).

Opinion by Brown, J.   In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Ozalid Corp.* v. *United States* (T. D. 48969) the claim at 40 percent ad valorem and 7 cents per pound under paragraph 27 (4) was sustained.